# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE BROWN SPORTS CLUB-PALM, LLC, et al.<br><br>    Defendants. | Case No. 1:17-cv-01421-DAD-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANTS TINGEY PROPERTIES, LLC, PARK PLACE HOLDINGS, LP, AND TUTELIAN & CO., INC. PURSUANT TO STIPULATION FOR DISMISSAL<br><br>(ECF No. 18) |

Plaintiff Christopher Seldon filed this action on October 20, 2017. On June 25, 2018, the parties filed a stipulation dismissing Defendants Tingey Properties, LLC; Park Place Holdings, LP; and Tutelian & Co., Inc. with prejudice.

In light of the stipulation of the parties, Defendants Tingey Properties, LLC; Park Place Holdings, LP; and Tutelian & Co., Inc. have been dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

///

///

///

///

1

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendants Tingey Properties, LLC; Park Place Holdings, LP; and Tutelian & Co., Inc. in this action pursuant to the stipulation for dismissal.

IT IS SO ORDERED.

Dated: **June 26, 2018**

UNITED STATES MAGISTRATE JUDGE