# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE BROWN SPORTS CLUB - PALM, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-01421-DAD-SAB<br><br>ORDER ADDRESSING SETTLEMENT AGREEMENT AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS BY NOVEMBER 9, 2018 |

On October 26, 2018, the parties filed a court enforceable settlement agreement requesting the Court to retain jurisdiction to enforce the terms of the settlement agreement. (ECF No. 30.) The Court notes that the terms relating to damages, attorneys' fees, expenses, and costs has been redacted from the document. Pursuant to Local Rule 140, only certain enumerated categories of information are to be redacted, with all other types of information to be redacted only pursuant to authorization by the Court. The information redacted does not appear to fall within these enumerated categories, and the parties have not obtained authorization from the Court to redact such materials. If the parties wish to file such document with redactions, an order authorizing redaction should be sought. L.R. 140(b). To file a redacted document, the Court will require the party to show good cause for documents attached to a nondispositive motion or compelling reasons for documents attached to a dispositive motion. Pintos v.

1

1 | Pacific Creditors Ass'n, 605 F.3d 665, 677-78 (9th Cir. 2009).

The parties were ordered to file appropriate dismissal documents by November 9, 2018. (ECF No. 29.) To the extent the parties are requesting for the case to remain open until the terms of the settlement have been executed, the Court declines to do so. If the parties have reached settlement, they must file a stipulation of dismissal signed by all parties who have appeared. Additionally, if the parties seek for the Court to maintain jurisdiction over the settlement, they must make a specific showing that it is necessary in this action.

Accordingly, it is HEREBY ORDERED that the parties shall file a stipulation of dismissal on or before November 9, 2018.

IT IS SO ORDERED.

Dated:  **October 29, 2018**

UNITED STATES MAGISTRATE JUDGE